In the Matter of the Claim of PAUL MADDERNS, Respondent, *v.* Fox FILM CORPORATION et al., Appellants.

*Workmen's Compensation Law — employee of moving picture producer injured while helping make a picture on a boat — jurisdiction of state industrial board.*

*Madderns* v. *Fox Film Corpn.*, 205 App. Div. 791, affirmed.
(Argued February 19, 1924; decided April 1, 1924.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 5, 1923, unanimously affirming an award of the state industrial board made under the Workmen's Compensation Law. Claimant while in the employ of defendant Fox Film Corporation, a manufacturer of moving picture films, and engaged in helping to make a picture on a boat in the Hudson river, fell into the water and, as a result, he alleged, developed tonsilitis, bronchitis and tuberculosis. Defendants contended that the state industrial board had no jurisdiction, the case being one within admiralty jurisdiction.

*William Warren Dimmick* for appellants.

*Carl Sherman, Attorney-General (E. Clarence Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

In the Matter of the Application of CLARENCE J. SHEARN, Respondent, against CHARLES L. CRAIG, as Comptroller of the City of New York, Appellant.

*New York city — transit commission — power to employ special counsel — mandamus to compel comptroller to issue warrant for payment.*

*Matter of Shearn* v. *Craig*, 207 App. Div. 849, affirmed.
(Submitted February 19, 1924; decided April 1, 1924.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 23, 1923, which unanimously

affirmed an order of Special Term granting a motion for a peremptory order of mandamus to compel the comptroller of the city of New York to issue a warrant on the requisition and voucher of the transit commission for services and disbursements as special counsel to such commission. The comptroller contended that said commission was without power to employ petitioner and that such employment or retainer was unauthorized and illegal.

George P. Nicholson, Corporation Counsel (John F. O'Brien, William E. C. Mayer and James P. O'Connor of counsel), for appellant.

Clarence J. Shearn and Charles C. Smith for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

In the Matter of the Application of NATHAN KELMENSON et al., Appellants, v. FRANK E. MANN, as Tenement House Commissioner, et al., Respondents.

Appeal — reversal by Appellate Division on law and facts of order granting peremptory mandamus and denial of motion — appeal to Court of Appeals dismissed where it does not appear in order that denial was not in exercise of discretion.

Matter of Kelmenson v. Mann, 207 App. Div. 494, appeal dismissed. (Submitted February 19, 1924; decided April 1, 1924.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 21, 1923, which reversed on the law and the facts an order of Special Term granting a motion for a peremptory order of mandamus to compel the tenement house commissioner of the city of New York to cancel and revoke a permit for the erection of a tenement house on the west side of Ocean Parkway, north of Caton avenue in the borough of Brooklyn, and denied said motion. It did not affirmatively appear in the order that the motion was not denied in the exercise of discretion.